# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :   CASE NO. 21-MJ-62 (ZMF) |
| | : |
| **JENNIFER RYAN,** | : |
|     **Defendant.** | : |

## NOTICE TO WITHDRAW INFORMATION

The United States of America makes this filing to withdraw the Information filed in this matter on January 19, 2021. The government will file an amended Information with the Court shortly to replace this withdrawn Information.

Respectfully submitted,

MICHAEL SHERWIN
ACTING UNITED STATES ATTORNEY


      /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov