## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CASE: 1:21-CR-00050-CRC** |
| **JENNIFER LEIGH RYAN** : | |
| **JASON LEE HYLAND** : | |
| **KATHERINE STAVELEY SCHWAB** : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE NOTICE the appearance in this case of Frances E. Blake, United States Department of Justice, Assistant United States Attorney, the United States Attorney's Office, as counsel for the United States of America in place of Assistant United States Attorney Kimberly Paschall.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        N.Y. Bar No. 4444188

By:   /s/ *Frances E. Blake*
        FRANCES E. BLAKE
        Texas Bar No. 24089236
        Assistant United States Attorney
        Detailee
        United States Attorney's Office
        for the District of Columbia
        Frances.Blake@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 24th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: /s/ *Frances E. Blake*
FRANCES E. BLAKE
Texas Bar No. 24089236
Assistant United States Attorney
Detailee
United States Attorney's Office
for the District of Columbia
Frances.Blake@usdoj.gov