| | | | | |
|---|---|---|---|---|
| | | | com.apple.quicktime.l ocation.accuracy.hori zontal: | 65.000000 |
| | | | Location: | +38.9058-077.0333+026.198/ |
| | | | Camera Make: | Apple |
| | | | Device: | iPhone 11 Pro Max |
| | | | Software Used to Create: | 14.2 |
| | | | Creation Date: | 1/6/2021 1:40:25 PM(UTC-6) |
| 33 | Name: | IMG_5707.MOV | Size (bytes): | 41796317 |
| | Path: | DL114847_files_full.zip/private/va r/mobile/Media/DCIM/105APPLE/ IMG_5707.MOV | Created: | 1/6/2021 1:20:21 PM(UTC-6) |
| | | | Modified: | 1/6/2021 1:20:21 PM(UTC-6) |
| | MD5: | 6dab38c5e8d570dcf61bb31e2aa 8942b | Accessed: | 1/6/2021 1:20:21 PM(UTC-6) |
| | | | Source Extraction | Legacy |
| | SHA256: | be448ba6bd9a84a79fa630ac3a1 bc76b a6e27d661041589b63da8cc44d 325fd8 | Source file | DL114847_files_full.zip/private/v r/mobile/Media/DCIM/105APPLE IMG_5707.MOV : 0x0 (Size: 41796317 bytes) |
| | | | Meta Data: | |
| | | | com.apple.quicktime.l ocation.accuracy.hori zontal: | 65.000000 |
| | | | Location: | +38.9056-077.0334+027.018/ |
| | | | Camera Make: | Apple |
| | | | Device: | iPhone 11 Pro Max |
| | | | Software Used to Create: | 14.2 |
| | | | Creation Date: | 1/6/2021 1:20:21 PM(UTC-6) |
| 34 | Name: | IMG_4338.3gp | Size (bytes): | 231811 |