From: +13256607284
To: jennaryanrealty@gmail.com Jenna Ryan (owner)
To: +18172390519 Katie Schwab
To: +12145051349 Brian Miller
To: +12146010015

**Attachments:**



Title: IMG_0405.jpg
Size: 302526
File name: ~/Library/SMS/Attachments/68/08/C0D07F26-7179-445D-BA42-310F88B010BC/IMG_0405.jpg

~/Library/SMS/Attachments/68/08/C0D07F26-7179-445D-BA42-310F88B010BC/IMG_0405.jpg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| jennaryanrealty@gmail.com Jenna Ryan | | 1/6/2021 1:28:08 PM(UTC-6) | |
| +18172390519 Katie Schwab | | | |
| +12145051349 Brian Miller | | | |
| +12146010015 | | | |

**Status:** Read

1/6/2021 1:27:53 PM(UTC-6)

Source Extraction:
Legacy
Source Info:
DL114847_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2CE1B38 (Table: message, handle, attachment, chat, Size: 63348736 bytes)
DL114847_files_full.zip/private/var/mobile/Library/SMS/Attachments/68/08/C0D07F26-7179-445D-BA42-310F88B010BC/IMG_0405.jpg :  (Size: 302526 bytes)