UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. 1:21-CR-00050-CRC |
| | § |
| JENNIFER LEIGH RYAN | § |

**DEFENSE COUNSEL'S MOTION TO WITHDRAW**

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW Defense Counsel, and requests that This Honorable Court allow defense counsel to withdraw from further representation of Defendant.

Defendant retained this Defense Counsel to represent her through sentencing, and not for any post-sentencing matter.

WHEREFORE, Defense Counsel respectfully prays of This Honorable Court to grant his motion to withdraw.

Very respectfully,

/S/ *Guy L. Womack*
_____
Guy L. Womack
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on Government Counsel via CM/ECF, on this 2nd day of January, 2026.

                                                /S/ *Guy L. Womack*
                                                Guy L. Womack