# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>) | |
| | ) | Case No. 1:21-cr-00050-CRC |
| v. | ) | Judge Christopher R. Cooper |
| | ) | |
| JENNIFER LEIGH RYAN,<br>Defendant. | )<br>) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Jennifer Leigh Ryan, appearing pro se, appeals to the United States Court of Appeals for the District of Columbia Circuit from the following order entered on July 17, 2026:

The Order denying Defendant's Petition for Writ of Error Coram Nobis (ECF No. 129);

This appeal is timely under Federal Rules of Appellate Procedure 4(a)(1)(B) and 4(a)(1)(C).

Dated: September 8, 2026

Respectfully submitted,

Jennifer L. Ryan

[redacted]

*Defendant, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I caused a true and correct copy of the foregoing *Notice of Appeal* to be filed with the Clerk of the United States District Court for the District of Columbia by transmission to the Court's designated pro se filing email addresses:

dcd_intake@dcd.uscourts.gov
dcd_prosefilings@dcd.uscourts.gov

I further certify that on September 8, 2026, I served a true and correct copy of the foregoing *Notice of Appeal* by electronic mail on counsel for the United States, Nicholas S. Bolduc, Assistant United States Attorney, Special Proceedings Division, at nicholas.bolduc@usdoj.gov.

Jennifer L. Ryan